# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Rico R McCoy

v.                                              Case Number: 4:25−cv−00135

LoneStar Auto Service, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 4/28/2025

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   March 4, 2025                                   Nathan Ochsner, Clerk