United States District Court
Southern District of Texas
**ENTERED**
March 04, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **RICO R. McCOY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CIVIL ACTION NO. 4:25-cv-135 |
| § | |
| **HARRIS COUNTY, TEXAS a/k/a** § | |
| **HARRIS COUNTY SHERIFF'S** § | |
| **DEPARTMENT**, *et al.*, § | |
| § | |
| **Defendants.** | |

## ORDER

Pending before the Court is Plaintiff's Motion to Continue Initial Pretrial Conference. (ECF No. 22). The Court **GRANTS** the motion (*id.*) and resets the Initial Conference to April 28, 2025 at 10:00 a.m.

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on March 4, 2025

_____
Richard W. Bennett
United States Magistrate Judge