UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RICO R. McCOY,** | § | |
| | § | |
|     **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No.: 4:25-cv-135 |
| | § | |
| **HARRIS COUNTY, TEXAS a/k/a** | § | |
| **HARRIS COUNTY SHERIFF'S** | § | |
| **DEPARTMENT, et.al.,** | § | |
| | § | |
|     **Defendants.** | § | |

**PLAINTIFF'S ADVISORY TO THE COURT ON PLAINTIFF'S CHANGED POSITION ON DEFENDANTS' MOTION, DKT. #40**

To the Honorable Judge of this Court:

    The Plaintiff respectfully alerts this Court that Plaintiff, MR. RICO MCCOY, has changed his position from "opposed" to "UNOPPOSED" on Defendants' *Motion to Stay Discovery and Vacate Order for the Scheduling Conference Pending Determination of Qualified Immunity and Motions to Dismiss* (*Dkt. #40*), filed 03/28/2025. At that time Plaintiff opposed the *Motion* and duly communicated the same to Defendants' Counsel.

    After much consideration, Plaintiff has changed his position and now is UNOPPOSED to the *Motion* (*Dkt. #40*). On 04/04/2025, via electronic mail, Plaintiff communicated his changed position and on 04/08/2025, Plaintiff met and conferred, reaffirming that Defendants were not opposed (*Exhibit* 1) to Plaintiff's changed position and their position on the filing this *Advisory* regarding his changed position.

## CONCLUSION

**WHEREFORE**, Plaintiff respectfully requests that the Court accept this *Advisory* as acceptable notice of the Plaintiff's changed position on Defendants' *Motion to Stay Discovery and Vacate Order for the Scheduling Conference Pending Determination of Qualified Immunity and Motions to Dismiss* (*Dkt. #40*), filed 03/28/2025.

<u>04/08/2025</u>                                                                    Respectfully submitted,

                                     */s/Courtney A. Vincent*
                                     **Courtney A. Vincent**
Minnesota Bar No. 0403083
Admitted:
**U.S. District Court, Southern District of Texas**
SDTX Bar No. 3746531
info@vincentlawpllc.com
VINCENT LAW, PLLC
1035 Dairy Ashford, Suite 145
Houston, Texas  77079
**Mailing Address:**
P.O. Box 940129
Houston, Texas  77094
Tel: (713) 223-9300
Fax: (832)603-4444
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on 04/04/2025 through 04/08/2025, that Counsel for both the Plaintiff and the remaining Defendants conferred regarding Plaintiff's changed position, from opposed to UNOPPOSED on Defendants' *Motion to Stay Discovery and Vacate Order for the Scheduling Conference Pending Determination of Qualified Immunity and Motions to Dismiss* (*Dkt. #40*), filed 03/28/2025.

Respectfully Submitted,

*/s/Courtney A. Vincent*
**Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 8th, 2025, a true and correct copy of the foregoing document was delivered to the following consistent with the *Federal Rules of Civil Procedure*, via the following methods:

**Michael I. Ramirez**
McCoy Leavitt et al
20726 Stone Oak Parkway, Ste. 116
San Antonio, TX 78258
210-446-2828
Fax: 262-522-7020
Email: e-servetexas@mlllaw.com
**Counsel for LonseStar Auto Service and Kamil**

**Suzanne Bradley**
Harris County Attorney's Office
1019 Congress, 15th Floor
Houston, TX 77002
713-274-5330
Email: Suzanne.Bradley@harriscountytx.gov
**Counsel for Harris County, Harris County Sheriff, Sheriff Ed Gonzalez**

**Francis Joseph Ford**
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002
832-570-7582
Email: frank.ford@harriscountytx.gov
LEAD ATTORNEY
*AND*
**Susannah Coffee Mitcham**
Harris County
1019 Congress Ave., 15th Floor
Houston, TX 77002
713-274-5193
Email: susannah.mitcham@harriscountytx.gov
ATTORNEY TO BE NOTICED
**Counsel for Deputy Bolin**

**Gregory Ronell Burnett**
Harris County Attorney's Office
1019 Congress Ave., 15th Floor
Houston, TX 77002
713-274-5224
Email: gregory.burnett@harriscountytx.gov
**Counsel for Deputy Wyrick**

The following was served with Notice via electronic mail:

**Stephen Pierce, Partner**
Stephen.Pierce@lewisbrisbois.com
**Counsel for Cody Williams**

                                           Respectfully Submitted,

                                           */s/Courtney A. Vincent*
                                           **Counsel for Plaintiff**