# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| RICO R. McCOY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-cv-135 |
| | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Defendants' Joint Expedited Motion to Stay Discovery and Vacate the Order for Scheduling Conference. (ECF No. 40). Plaintiff recently advised the Court that he is now unopposed to Defendants' motion. (*See* ECF No. 43). As such, the Court **GRANTS** Defendants' Joint Expedited Motion to Stay Discovery and Vacate the Order for Scheduling Conference (ECF No. 40).

The Court **ORDERS** that discovery is **STAYED** in this case until after the Court rules on Defendants' Motions to Dismiss (ECF Nos. 15, 20, 28, 35, 38–39).

It is **FURTHER ORDERED** that the Court's Order regarding a Scheduling Conference (ECF No. 31) is **VACATED**.

Finally, if Defendants' Motions to Dismiss are denied, the parties are ordered to submit a joint proposed docket control order and schedule a Rule 16 conference with the Court.

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on April 9, 2025.

                                         Richard W. Bennett
                                     United States Magistrate Judge