**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Rico R McCoy | § | |
| | § | |
| *versus* | § | Case Number: 4:25−cv−00135 |
| | § | |
| LoneStar Auto Service, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

     Canceled setting: Initial Conference

     Date and Time: 4/28/25 at 10:00 a.m.

Date: April 25, 2025

Nathan Ochsner, Clerk